THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bruce Mitchell, Appellant.
 
 
 

Appeal From Spartanburg County
Gordon G. Cooper, Master In Equity
Unpublished Opinion No. 2009-UP-006
Submitted December 1, 2008  Filed January
 7, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Legal Counsel
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Bruce Mitchell appeals his probation revocation and
 resulting six-year sentence.  Mitchell argues the probation revocation was so
 summary the record is insufficient for review.    After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Mitchells
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.